# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohammed H., | Civ. No. 25-1576 (JWB/DTS) |
|     Petitioner, | |
| v. | |
| Donald J. Trump, *in his official capacity as President of the United States*; Pamela Bondi, *in her official capacity as Attorney General of the United States*; Peter Berg, *in his official capacity as Saint Paul Field Office Director, United States Immigration and Customs Enforcement*; Jamie Holt, *in her official capacity as St. Paul Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of the United States Department of Homeland Security*; Marco Rubio, *in his official capacity as Secretary of State*; Ryan Shea, *in his official capacity as Freeborn County Sheriff*; and Mike Stasko, *in his official capacity as Freeborn County Jail Administrator*, | ORDER |
|     Respondents. | |

Petitioner Mohammed H. seeks a writ of habeas corpus under 28 U.S.C. § 2241, challenging the legality of his continued detention by the Department of Homeland Security. (Doc. No. 1.) The petition raises constitutional and statutory claims—violations of the First and Fifth Amendments and the Administrative Procedure Act—that are independent of the currently pending administrative immigration proceedings.

This Court has issued a temporary restraining order to preserve its jurisdiction and prevent irreparable harm. (Doc. No. 15.) Considering the urgency of the issues raised and the record now before the Court, this matter will proceed on an expedited basis.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents must file an answer to Petitioner Mohammed H.'s habeas petition by no later than **Friday, April 25, 2025**, certifying the true cause and proper duration of Mohammed H.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer must also include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Mohammed H.'s detention in light of the issues raised in the habeas petition;

    b. Any exhibits, briefs, transcripts, orders, or related information filed, submitted, or issued in the related immigration proceedings;

    c. A reasoned memorandum of law and fact explaining Respondents' legal position on Mohammed H.'s claims; and

    d. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. Any reply from Petitioner Mohammed H. to Respondents' answer must be filed by no later than **Tuesday, April 29, 2025**. No further submissions from either party will be permitted unless authorized by court order.

4. Whether further proceedings are necessary will be determined upon review of the written submissions.

Date: April 22, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge