# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mohammed H., | Civ. No. 25-1576 (JWB/DTS) |
|     Petitioner, | |
| v. | |
| Donald J. Trump, *in his official capacity as President of the United States*; Pamela Bondi, *in her official capacity as Attorney General of the United States*; Peter Berg, *in his official capacity as Saint Paul Field Office Director, United States Immigration and Customs Enforcement*; Jamie Holt, *in her official capacity as St. Paul Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of the United States Department of Homeland Security*; Marco Rubio, *in his official capacity as Secretary of State*; Ryan Shea, *in his official capacity as Freeborn County Sheriff*; and Mike Stasko, *in his official capacity as Freeborn County Jail Administrator*, | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
|     Respondents. | |

---

Amanda S. Mills, Esq., Anupama D. Sreekanth, Esq., and Joseph T. Dixon, III, Esq., Fredrikson & Byron, P.A.; Benjamin Casper, Esq., and Teresa J. Nelson, Esq., American Civil Liberties Union of Minnesota; Hanne Margit Sandison, Esq., The Advocates for Human Rights; and Linus Chan, Esq., University of Minnesota Detainee Rights Clinic, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents Donald J. Trump, Pamela Bondi, Peter Berg, Jamie Holt, Todd Lyons, Kristi Noem, and Marco Rubio.

David John Walker, Esq., Freeborn County Attorney's Office, counsel for Respondent Ryan Shea.

---

On April 22, 2025, a Temporary Restraining Order ("TRO") was entered enjoining Respondents from removing, transferring, or otherwise facilitating the removal of Petitioner Mohammed H. from the District of Minnesota pending further proceedings on his Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. No. 15.) The TRO has been twice renewed for an additional two-week period. (Doc. Nos. 30, 34.)

This Court finds good cause to renew the TRO once more. The record continues to present serious questions about the lawfulness of Petitioner's detention, and transfer or removal during the pendency of these proceedings would interfere with the Court's ability to adjudicate this matter. Similar reasoning prompted TRO extensions in other cases in this District. *See Ziliang J. v. Noem*, Civ. No. 25-1391 (JMB/JFD), Doc. No. 36 (D. Minn. May 13, 2025); *Ratsantiboon v. Noem*, Civ. No. 25-1315 (JMB/JFD), Doc. No. 36 (D. Minn. May 13, 2025).

Although Petitioner is released pending adjudication, the risk remains that he could be removed from the jurisdiction—or from the country—without a meaningful opportunity to be heard or before the Court is made aware.

### ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. The April 22, 2025 Temporary Restraining Order (Doc. No. 6) is **EXTENDED** for good cause under Federal Rule of Civil Procedure 65(b)(2) until June

17, 2025, at 4:53 p.m., unless extended by further court order.

2. Respondents, or any person acting in concert with Respondents, shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the jurisdiction of this Court (the District of Minnesota) pending further court order.

3. This Order does not resolve any pending claims other than to maintain the status quo pending final adjudication.

Date: June 3, 2025                               *s/ Jerry W. Blackwell*
                                                JERRY W. BLACKWELL
                                                United States District Judge