# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mohammed Hoque, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-01576-JWB-DTS |
| Donald J. Trump, Pamela Bondi, Peter Berg, Jamie Holt, Todd Lyons, Kristi Noem, Marco Rubio, Ryan Shea, and Mike Stasko, | |
| Respondents, | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Mohammed H.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is GRANTED. Petitioner shall remain released from custody, subject to the conditions previously imposed by the Immigration Judge, including the $7,500 bond.

Date: 6/18/2025                                                                KATE M. FOGARTY, CLERK