UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mohammed H.,<br><br>    Petitioner,<br><br>v.<br><br>Donald J. Trump, *in his official capacity as President of the United States*; Pamela Bondi, *in her official capacity as Attorney General of the United States*; Peter Berg, *in his official capacity as Saint Paul Field Office Director, United States Immigration and Customs Enforcement*; Jamie Holt, *in her official capacity as St. Paul Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; Kristi Noem, *in her official capacity as Secretary of the United States Department of Homeland Security*; Marco Rubio, *in his official capacity as Secretary of State*; Ryan Shea, *in his official capacity as Freeborn County Sheriff*; and Mike Stasko, *in his official capacity as Freeborn County Jail Administrator*,<br><br>    Respondents. | Civ. No. 25-1576 (JWB/DTS)<br><br><br><br>**ORDER<br>PROHIBITING TRANSFER** |

---

Counsel for Petitioner Mohammed H. provided notice by email this morning that Respondents had re-detained Petitioner. On June 17, 2025, this Court ordered that "Petitioner shall remain released from custody, subject to the conditions previously imposed by the Immigration Judge, including the $7,500 bond." (Doc. No. 36 at 17.) To adjudicate the question of Respondents' compliance with that Order, **IT IS HEREBY**

**ORDERED** that Respondents—along with their officers, agents, employees, and all persons acting in concert with them—shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the jurisdiction of the United States District Court for the District of Minnesota pending resolution of that issue.

Date: January 15, 2026                    *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Judge