**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Mohammed H.,

      Petitioner,

v.

Donald J. Trump, *et al.*,

      Respondents.

Civ. No. 25-1576 (JWB/DTS)

**ORDER IN RESPONSE
TO LETTERS**

Upon review of the parties' recent letter submissions (Doc. Nos. 92, 93), the evidentiary hearing scheduled for June 10, 2026 is cancelled. Before determining whether witness testimony remains necessary, Respondents shall file a memorandum of no more than 10 pages by June 11, 2026, that more fully addresses the apparent inconsistencies identified in Petitioner's June 2, 2026 letter and explains whether the Hussain, Albert, and McMahon declarations are consistent. The memorandum shall identify any portions of those declarations that Respondents seek to clarify and shall attach any records, screenshots, policies, or other materials on which Respondents rely. Petitioner may submit a response of no more than 10 pages by June 18, 2026.

Whether further proceedings are required will be determined after reviewing the parties' submissions.

Date: June 4, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge