**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mohammed H.,                                      Civ. No. 25-1576 (JWB/DTS)

     Petitioner,

v.                                                                    **ORDER**
                                                            **IN RESPONSE**
Donald J. Trump, *et al.*,                          **TO SUPPLEMENTAL**
                                                                **MATERIALS**
     Respondents.

---

The parties were ordered to file supplemental materials to further address apparent inconsistencies in Respondents' previous evidentiary submissions in this matter. (Doc. No. 94.) Upon review of the additional submissions (Doc. Nos. 100, 101, 104), further proceedings will not be ordered.

As an initial matter, Petitioner confirms that he no longer seeks relief to prevent future violations of his prior habeas order. Accordingly, his Motion for an Order to Show Cause (Doc. No. 43) is considered **WITHDRAWN**.

The apparent inconsistencies in Respondents' evidentiary submissions introduced uncertainty and protracted these proceedings by prompting multiple orders for additional briefing. Although the inquiry will not proceed further here because the record does not clearly show intentional wrongdoing, it serves as a reminder of the professional duty of candor. In accordance with that duty, counsel must ensure that characterizations of evidence are fairly supported and do not serve as a substitute for the evidence itself, and that declarants attest to facts or actions that the witness has actually confirmed or

performed.

This Court depends on attorneys, as officers of the court, to assist with the orderly administration of justice. Submissions from counsel that are vague, inconsistent, or appear to lack confirmation interfere with that process. As counsel know, their filings and representations must rest on facts, truth, and diligence—not inference, assumption, or speculation. Anything less threatens the integrity of judicial review.

Date: July 31, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2